FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 08, 2025**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PEDRO G.,<br><br>                    Plaintiff,<br><br>     v.<br><br>FRANK BISIGNANO,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>                    Defendant. | NO: 2:25-cv-00098-RLP<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND |

BEFORE THE COURT is the Defendant's Stipulated Motion for Remand, ECF No. 13. Based on the stipulation of the parties, the Court finds good cause to grant the motion. Accordingly, pursuant to the stipulation, **IT IS HEREBY ORDERED**:

1.    The Stipulated Motion for Remand, **ECF No. 13**, is **GRANTED**.

2.    This case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

3.      Upon remand, the Administrative Law Judge shall offer Plaintiff the

opportunity for a hearing, take further action to complete the administrative record,

and issue a new decision pursuant to the fourth sentence of 42 U.S.C. § 405(g).

4.      Upon proper presentation, this Court will consider Plaintiff's

application for costs, expenses, and reasonable attorney's fees under the Equal

Access to Justice Act, 28 U.S.C. § 2412(a), (d).

5.      Plaintiff's Opening Brief, **ECF No. 8**, and the hearing and remaining

briefing schedule are **VACATED** as moot.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order

and provide copies to counsel. Judgment shall be entered for Plaintiff and the file

shall be **CLOSED**.

**DATED** August 8, 2025.

REBECCA L. PENNELL
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2